## IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN RANDALL QUINTERO,
                Appellant,

vs.

THE STATE OF NEVADA
DEPARTMENT OF PUBLIC SAFETY,
DIVISION OF PAROLE AND
PROBATION; AND ANNE K.
CARPENTER, CHIEF,
                Respondents.

No. 81835

FILED

DEC 18 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. James E. Wilson, District Judge
       John Randall Quintero
       Attorney General/Carson City
       Attorney General/Dep't of Public Safety/Carson City
       Carson City Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-45840